# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

VERA NEPH,

        **Plaintiff,**

-vs-                                    Case No. 5:07-cv-13793
                                            HON. John Corbett O'Meara
                                            Referred to: Hon. Paul J. Komives

GLOBAL VANTAGE,

        **Defendant.**
_____/

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, P.C. | Randall J. Groendyk(P37196) |
| BRIAN P. PARKER (P 48617) | Varnum, Riddering, Schmidt & Howlett |
| Attorney for Plaintiff | L.L.P. |
| 30700 Telegraph Rd., Suite 1580 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | Bridgewater Place, P.O. Box 352 |
| (248) 642-6268 | Grand Rapids, MI 49501-0352 |
| (248) 642-8875 (FAX) | (616) 336-6000 |
| lemonlaw@ameritech.net | |
| WWW.COLLECTIONSTOPPER.COM | |

_____/

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

### STIPULATION

     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.


| | |
|---|---|
| BRIAN P. PARKER, P.C. | Varnum, Riddering, Schmidt & Howlett |
|    s/Brian Parker |    s/Randall J. Groendyk (w/consent) |
| BRIAN P. PARKER (P48617) | Randall J. Groendyk(P37196) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Road, Suite 1580 | Bridgewater Place, P.O. Box 352 |
| Bingham Farms, MI 48025 | Grand Rapids, MI 49501-0352 |
| 248-642-6268 | (616) 336-6000 |
| lemonlaw@ameritech.net | rjgroendyk@varnumlaw.com |

# ORDER OF DISMISSAL
# WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the City of Detroit, County of
Wayne, State of Michigan, on May 6, 2008.

PRESENT: HON. PATRICK J.DUGGAN
UNITED STATES DISTRICT COURT JUDGE

This matter having come before this Honorable Court pursuant to Stipulation hereto attached; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: May 6, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 6, 2008, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager